IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| MARLIECIA BENDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 118-054 |
| | ) | |
| DONALD BRYAN WHITNEY; CASEY | ) | |
| COLLINS; THOMAS DAVID TABB; | ) | |
| EMILY FOSTER; SAMANTHA OVERTON; | ) | |
| and URBAN OUTFITTERS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On June 1, 2018, the Court granted Plaintiff's motion to amend her complaint. (Doc. no. 13.) Pursuant to the June 1st Order, Plaintiff shall have seven days from the date of this Order to file a complete amended complaint as a stand-alone entry on the docket.[1]

The amended complaint must be printed legibly so that the Court may discern Plaintiff's claims, and it will supersede and replace in its entirety the previous pleading filed by Plaintiff. See Hoefling v. City of Miami, 811 F.3d 1271, 1277 (11th Cir. 2016); Lowery v. Ala. Power Co., 483 F.3d 1184, 1219 (11th Cir. 2007) ("an amended complaint supersedes the initial complaint and becomes the operative pleading in the case"). It must contain a caption that clearly identifies, by name, each individual that Plaintiff is suing in the present

---

[1] The Court **DIRECTS** the **CLERK** to attach to Plaintiff's service copy of this Order the appropriate form complaint, stamped with this case number, used in this District for employment discrimination cases filed by *pro se* litigants.

lawsuit. Furthermore, the body of Plaintiff's amended complaint must contain sequentially numbered paragraphs containing only one act of misconduct per paragraph. The numbered paragraphs in her amended complaint should include information such as: (i) the alleged act of misconduct; (ii) the date on which such misconduct occurred; (iii) the names of each and every individual who participated in such misconduct; and (iv) where appropriate, the location where the alleged misconduct occurred.

While Plaintiff may attach exhibits to her amended complaint, she shall not incorporate them by reference as a means of providing the factual basis for her complaint. For example, Plaintiff should not simply state, "See attached documents." Plaintiff must name the individuals whom she seeks to include as Defendants herein in both the caption and the body of her amended complaint; she may not rely on the fact that individuals are named in the exhibits attached to her amended complaint as a means of including such persons as defendants to this lawsuit. The Court will not independently examine exhibits that Plaintiff does not specifically reference (by the exhibit's page number) in her amended complaint.

Plaintiff is further cautioned that no portion of any prior pleading, either from this case or any other case pending before a different court, shall be incorporated into her amended complaint by reference. Moreover, Plaintiff shall submit only one amended complaint in accordance with the terms of this Order. Therefore, Plaintiff shall state in the single amended complaint filed in accordance with the terms of this Order all claims that she wishes the Court to consider as a basis for awarding the relief sought.

In accordance with her motion to amend, (doc. no. 11), Plaintiff should only list Defendant Urban Outfitters, Inc., in the caption of the amended complaint. Upon the filing of the amended complaint, the Clerk shall update the party names on the docket as indicated

by the new caption. After filing the amended complaint, Plaintiff must then serve the amended complaint on Defendant Urban Outfitters, Inc., in accordance with the Court's April 11, 2018 Order. (See doc. no. 9.)

SO ORDERED this 1st day of June, 2018, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA